1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
3  703 South Eighth Street
   Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

7
                    **UNITED STATES DISTRICT COURT**
8
                           **DISTRICT OF NEVADA**
9

10 FEIFEI FAN, an individual,                    CASE NO:  3:24-cv-00427-MMD-CLB

11         Plaintiff,

12     vs.
                                                 **ORDER GRANTING STIPULATION
13 STATE OF NEVADA EX REL. BOARD OF               AND ORDER TO EXTEND TIME
   REGENTS OF THE NEVADA SYSTEM OF                TO RESPOND TO DEFENDANT'S
14 HIGHER EDUCATION, ON BEHALF OF THE             MOTION FOR SUMMARY
   UNIVERSITY OF NEVADA, RENO,                    JUDGMENT (ECF #15)**
15                                                **(First Request)**
16         Defendant.

17

18     COMES NOW, Plaintiff, FEIFEI FAN, (hereinafter "Plaintiff"), by and through her counsel

19 of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant

20 captioned above (hereinafter "Defendant"), by and through its counsel, the Assistant General

21 Counsel for the University of Nevada, Reno, do hereby stipulate and agree to extend time for

22 Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #15), due on February 13,

23 2025, to March 14, 2025.  This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is

24 the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for

25
26 Summary Judgment.  Defendant shall have a reciprocal extension for the filing of a Reply.  Good

27 cause exists for this extension.   The Court has scheduled an Early Neutral Evaluation ("ENE") for

28

1

March 3, 2025. The outcome of the ENE could render the Motion for Summary Judgment moot. Additionally, each party has a trial scheduled in either February and March 2025.

    Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including March 14, 2025, to respond to Defendant's Motion for Summary Judgment (ECF #15). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated: February 12, 2025

**HATFIELD & ASSOCIATES**

  */s/ Trevor J. Hatfield*
By:_____
  TREVOR J. HATFIELD, ESQ. (SBN 7373)
  703 S. Eighth Street
  Las Vegas, Nevada 89101
  Tel: (702) 388-4469
  Email: thatfield@hatfieldlawassociates.com
  *Attorney for Plaintiff*

Dated: February 12, 2025

**ASSISTANT GENERAL COUNSEL UNR**

  /s/
By:_____
  Frank Z. LaForge (SBN 12246)
  1664 N. Virginia Street/MS0550
  Reno, Nevada 89557-0550
  Tel: (775) 784-3512
  Email: flaforge@unr.edu
  *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED:**

DATED this 13th day of February, 2025.

_____
DISTRICT COURT JUDGE