UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,<br><br>Defendant. | CASE NO: 3:24-cv-00427-MMD-CLB<br><br>**ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

COMES NOW, Plaintiff, FEIFEI FAN, (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant captioned above (hereinafter "Defendant"), by and through its counsel, the Frank Z. LaForge, Esq., Assistant General Counsel for the University of Nevada, Reno, do hereby stipulate and agree to continue the Early Neutral Evaluation conference ("ENE"). This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request to continue the ENE.

Good cause exists for this continuation due to a scheduling conflict whereby Petitioner's Counsel is scheduled for a Jury Trial in Clark County District Court set to begin on Monday, February 24, 2025 and expected to continue through February 28, 2025 and possibly continue to the

1

first week in March.  The stipulated continuance is not for the purpose of delay, but to avoid the potential conflict with trial.

**IT IS SO STIPULATED.**

Dated: February 19, 2025                                    Dated: February 19, 2025

**HATFIELD & ASSOCIATES**                          **ASSISTANT GENERAL COUNSEL UNR**

   /s/ *Trevor J. Hatfield*                                              /s/ *Frank Z. LaForge*
By:_____       By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)       Frank Z. LaForge, Esq. (SBN 12246)
   703 S. Eighth Street                                          1664 N. Virginia Street/MS0550
   Las Vegas, Nevada 89101                                Reno, Nevada 89557-0550
   Tel:  (702) 388-4469                                          Tel:  (775) 784-3512
   Email: thatfield@hatfieldlawassociates.com       Email:  flaforge@unr.edu
   *Attorney for Plaintiff*                                          *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this 21st day of February, 2025.

_____
MAGISTRATE COURT JUDGE

2