TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEIFEI FAN, an individual,<br><br>             Plaintiff,<br><br>    vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,<br><br>             Defendant. | CASE NO:  3:24-cv-00427-MMD-CLB<br><br>**JOINT CASE STATUS REPORT REGARDING ORDER TO FILE MANAGEMENT REPORT** |

   COMES NOW, Plaintiff, FEIFEI FAN, (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant captioned above (hereinafter "Defendant"), submits the following Status Report regarding the filing of a Joint Case Management Report as Ordered pursuant to ECF #14.

   On February 6, 2025 the parties' counsel held an FRCP 26(f) conference.  The parties' counsel did not discuss the need for a Special Scheduling Review at the conference.  On February 19, 2025, Plaintiff's counsel emailed a proposed Discovery Plan and Scheduling Order (DPSO) to Defendant's counsel.

   On February 21, 2025, Defendant's counsel emailed requested edits to the proposed DPSO that would require a Special Scheduling Review.  Plaintiff's counsel then emailed Defendant's

1

counsel that Plaintiff was amendable to submitting a revised DPSO for a Special Scheduling Review and would be submitting a proposed Joint Case Management Report (JCMR) as the due date for submitting it to the court was approaching and Plaintiff's counsel would be in trial the next two weeks.

On February 24, 2025, Plaintiff's counsel's staff emailed a proposed JCMR to Defendant's counsel. Defendant's counsel has requested edits and revisions to the JCMR.

The parties' counsel is working together but it is respectfully requested by Plaintiff to have an extension of time to review the edits of proposed JCMR and submit it to the court as Plaintiff's counsel is currently in trial, and files this Status Report as the deadline is February 24, 2025 to submit a proposed JCMR to the court. Plaintiff proposes a two-week extension to review and potentially meet and confer further and then submit a JCMR.

Dated this 24th day of February 2025.

**HATFIELD & ASSOCIATES, LTD.**

By: /s/ *Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of February 2025, I filed and served the foregoing **STATUS REPORT** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED: February 24, 2025

By: /s/ *Freda P. Brazier*
An employee of Hatfield & Associates, Ltd.

2