UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEI FEI FAN,<br><br>       Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,<br><br>       Defendant. | Case No. 3:24-CV-00427-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>[ECF No. 35] |

Before the Court is Mr. Trevor Hatfield's motion to withdraw as Plaintiff's counsel. (ECF No. 35.) The Court has reviewed Mr. Hatfield's motion to withdraw and the minutes from the April 1, 2025 Early Neutral Evaluation that took place before Magistrate Judge Robert A. McQuaid. (ECF No. 36). According to those minutes, Plaintiff requested that Mr. Hatfield be terminated from his representation. (*Id.*) Good cause appearing, the motion to withdraw, (ECF No. 35), is **GRANTED**.[1] Plaintiff is reminded that she will be proceeding *pro se*, and must respond to Defendants' motion for summary judgment, (ECF No. 15), by **April 15, 2025**.

  **IT IS SO ORDERED.**

  **DATED**: April 2, 2025

                     _____
                     **UNITED STATES MAGISTRATE JUDGE**

---

[1] To the extent this motion requests that this case be stayed, the portion of the motion is denied.