Fei Fei Fan
10420 Queens Blvd Apt 20R
Forest Hills, NY 11375
(404) 432-4868
litmus9@msn.com
feifei.fan@hotmail.com
*Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br>　　　　　　　Plaintiff,<br>vs.<br>State of Nevada Ex Rel. Board of Regents of the Nevada System of Higher Education, On Behalf of the University of Nevada, Reno<br>　　　　　　　Defendant. | Case No.: 3:24-cv-00427-MMD-CLB<br><br>**NOTICE OF CYBERATTACK ON PLAINTIFF'S LITIGATION PLATFORM AND IMPACT ON COURT COMMUNICATIONS** |

　　　　Plaintiff respectfully notifies the Court that on the evening of April 17, 2025, her private litigation platform—used to store evidence and track filings—came under a sustained and coordinated cyberattack. The site is non-public and registered under the same email address Plaintiff designated for PACER registration and communications in this case.

　　　　As a result, Plaintiff's litigation inbox began receiving a high volume of system-generated alerts, which may continue to disrupt her ability to reliably access time-sensitive communications in this matter. The attacks remain ongoing.

　　　　The intrusion has diverted Plaintiff's time from litigation tasks, including the preparation and review of discovery requests and answers, and motion-related filings. These conditions have interfered with Plaintiff's ability to prosecute this case effectively and protect her procedural rights.

　　　　Although Plaintiff does not presently identify the actor responsible, the timing and nature of the intrusion raise serious concern. The attack occurred within hours of Plaintiff's filing of ECF No. 47, which objected to structural irregularities. That filing followed ECF No. 46, which expressly reserved Plaintiff's right to assert future claims under the Trafficking Victims Protection Reauthorization Act (TVPRA), Title IX, and the False Claims Act (FCA).

1

1 |      This Notice is submitted to preserve the procedural record and respectfully place the Court on notice of continuing interference with Plaintiff's litigation capacity. Plaintiff reserves all rights to seek protective or corrective relief under Rules 26 and 37 of the Federal Rules of Civil Procedure, Rule 60(b)(6), and the Due Process Clause, as warranted.

Respectfully submitted,
Dated:  April 18, 2025

*Fei Fei Fan* (signature)

Fei Fei Fan
*Pro Se*

Fei Fei Fan
10420 Queens Blvd Apt 20R
Forest Hills, NY 11375
(404) 432-4868
litmus9@msn.com
feifei.fan@hotmail.com
*Pro Se*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br>           Plaintiff,<br>vs.<br>State of Nevada Ex Rel. Board of Regents of the Nevada System of Higher Education, On Behalf of the University of Nevada, Reno<br>           Defendant. | Case No.: 3:24-cv-00427-MMD-CLB |

## CERTIFICATE OF SERVICE

I, Fei Fei Fan, certify that on April 18, 2025, I served the following document(s):

- NOTICE OF CYBERATTACK ON PLAINTIFF'S LITIGATION PLATFORM AND IMPACT ON COURT COMMUNICATIONS

on the following individuals by Electronic Filing (via CM/ECF system) indicated:

1. **Frank Z LaForge** (Defendant's Attorney).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

Dated:  April 18, 2025

_Fei Fei Fan._____
Fei Fei Fan

*Pro Se*

3