UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| FEI FEI FAN, | ) | 3:24-cv-00427-MMD-CLB |
|       Plaintiff(s), | ) ) ) | **MINUTES OF PROCEEDINGS** |
| vs. | ) ) | DATE: June 6, 2025 |
| STATE OF NEVADA EX REL BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO, | ) ) ) ) ) ) | |
|       Defendant(s). | ) ) | |

PRESENT:   THE HONORABLE CARLA BALDWIN,   U.S. MAGISTRATE JUDGE

Deputy Clerk:   Lisa Mann        Court Reporter:   Liberty Recorder

Counsel for Plaintiff(s):   Fei Fei Fan

Counsel for Defendant(s):   Frank LaForge

PROCEEDINGS: VIRTUAL MOTIONS HEARING

9:03 a.m. Court convenes.

    The Court addresses the parties advising that the purpose of this hearing is to consider the Plaintiff's Motion for Protective Order and Deferred Discovery Response Under Rule 26(c) (ECF Nos. 51/52).

    The Court introduces herself to Ms. Fan and advises that the Court understands the difficulties appearing pro se; however, the Court expects that pro se parties follow the rules and orders of the Court. The Court explains the importance of Ms. Fan allowing time

for the briefing process to occur and allowing the time for the Court to issue a ruling on motions filed by the parties.

The Court explains that this case is now in the discovery phase. The Court advises that the discovery process shall proceed between the parties without involvement from the Court. In addition, the Court advises the parties of their obligation to meet and confer regarding any discovery issue prior to the filing of a discovery motion. The Court directs that Ms. Fan carefully review the Court's Civil Standing Order (ECF No. 13) as it specifically outlines how to proceed before this Court regarding discovery disputes.

Having reviewed all documents regarding Plaintiff's Motion for Protective Order and Deferred Discovery Response Under Rule 26(c) (ECF Nos. 51/52), the Court construes the motion as a motion to stay discovery and such motion is GRANTED insofar as the Court will STAY discovery in this case pending the outcome of the Defendant's Motion for Summary Judgment (ECF No. 15). Thereafter, if this case survives, the parties shall, within fourteen (14) days of the ruling on the motion for summary judgment, file an updated Discovery Plan and Scheduling Order.

IT IS SO ORDERED.

9:25 a.m. Court adjourns.

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Lisa Mann, Deputy Clerk