Frank Z. LaForge (SBN 12246)
Assistant General Counsel
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3512
(775) 327-2202 fax
flaforge@unr.edu

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>　　　　Defendants. | Case No. 3:24-cv-00427-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO POSTPONE NEW SUBMISSION OF DISCOVERY PLAN UNTIL AFTER AMENDED COMPLAINT** |

　　　　Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("UNR") and Plaintiff Feifei Fan, pursuant to Local Rule 6-1, jointly request the Court to postpone their deadline to submit an updated discovery plan and scheduling order under ECF No. 66 from July 8, 2025 until 30 days after Fan has filed an amended complaint. This is the first time the Parties have requested an extension of the time to file the discovery plan and scheduling order.

　　　　On June 6, 2025, the Court granted a stay of discovery of this case pending the resolution of UNR's Motion for Summary Judgment. [ECF No. 66] The Court further ordered that "if this case survives, the parties shall, within fourteen (14) days of the ruling on the motion for summary judgment, file an updated Discovery Plan and Scheduling

1

Order." On June 24, 2025, the District Court denied UNR's Motion for Summary Judgment on the basis that Fan appeared to make new arguments outside the scope of the Complaint's allegations and should be given an opportunity to amend the Complaint within 45 days. [ECF No. 67] Under the Court's prior order, the new Discovery Plan and Scheduling Order would be due on July 8, 2025.

The Parties ask that the deadline to submit a new Discovery Plan and Scheduling Order be amended to 30 days from the date that Fan files an amended complaint in this case. Good cause exists because the Parties will not know the scope of the dispute and discovery until after Fan files an amended complaint.

Dated: July 7, 2025

/s/     Fei Fei Fan
FeiFei Fan
10420 Queens Blvd. Apt 20R
Forest Hills, NY 11375
(404) 432-4868
Pro Se

Dated: July 7, 2025

/s/     Frank Z. LaForge
Frank Z. LaForge
UNIVERSITY OF NEVADA RENO
1664 N. Virginia Street/MS550
Reno, NV 89557-0550
(775) 784-3512
Attorney for Defendant

**ORDER**

Pursuant to the foregoing stipulation of the Parties, IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:     July 8, 2025

2