Fei Fei Fan
100 Avenue G Apt 568G
Bayonne, NJ 07002
(404) 432-4868
litmus9@msn.com
feifei.fan@hotmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br>　　　　　　　　Plaintiff,<br>vs.<br>State of Nevada Ex Rel. Board of Regents of the Nevada System of Higher Education, On Behalf of the University of Nevada, Reno,<br>　　　　　　　　Defendant. | Case No.: 3:24-cv-00427-MMD-CLB<br>**ORDER GRANTING**<br>**Plaintiff's Motion to Extend Time to Submit Discovery Plan and Scheduling Order** |

　　　　Plaintiff respectfully requests, under Rule 6(b)(1)(A), a short extension of the Rule 26(f) Discovery Plan deadline from September 8 to September 29, 2025. As established by ECF No. 69, the current deadline is linked to the filing of the First Amended Complaint. Conferral is ongoing. No stipulation has been reached at this time. A 21-day extension will maintain procedural alignment and facilitate submission of a coordinated Discovery Plan. This motion is timely, minimally disruptive, and consistent with Rule 1.

　　　　Accordingly, Plaintiff respectfully requests that the Court extend the deadline to submit the Discovery Plan and Scheduling Order to September 29, 2025, or another date the Court deems appropriate.

　　　　Respectfully submitted,
　　　　Dated: September 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Fei Fei Fan*
　　　　　　　　　　　　　　　　　　　　　　　Fei Fei Fan
　　　　　　　　　　　　　　　　　　　　　　　*Pro Se*

The Discovery Plan and Scheduling Order is now due on September 29, 2025.
IT IS SO ORDERED.
Dated: September 10, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1