UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEI FEI FAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,<br><br>　　　　　　　　　　Defendant. | Case No. 3:24-CV-00427-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA**<br><br>[ECF No. 92] |

　　　Before the Court is Plaintiff Fei Fei Fan ("Fan") motion for issuance of a subpoena. (ECF No. 92.) Fan seeks the Court order the Clerk of the Court to issue subpoenas for the deposition testimony of a non-party witness. (*Id.*) Fan provides the proposed subpoena as an exhibit to her motion. (ECF No. 92-1.)

　　　Pursuant to Federal Rule of Civil Procedure 45(a)(3), "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it." The party must then complete and serve the subpoena. Fed. R. Civ. P. 45(a)(3), (b). Good cause appearing, the Court grants Fan's motion for issuance of a subpoena. Considering Fan's status as a *pro se* litigant, the Clerk is directed to affix her signature to Fan's completed subpoenas, (ECF No. 92-1), rather than provide a blank copy. However, Fan is reminded that it is her responsibility to serve the subpoena.

　　　**IT IS THEREFORE ORDERED** that Fan's motion for issuance of subpoena, (ECF No. 92), is **GRANTED**.

　　　**IT IS FURTHER ORDERED** that the Clerk shall issue the subpoena provided by Fan, (ECF No. 92-1).

　　　**DATED**:  January 5, 2026 .

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE